IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville DIVISION

CLERK'S OFFICE U.S. DISTRICT. COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 08 2026
LAURA A. AUSTIN, CLERK
BY: [signature]
DEPUTY CLERK

Mary Cordaro,

Plaintiff(s),

v.

Anthony Gannatti,

Defendant(s).
(Enter the full name(s) of ALL parties in this lawsuit.
Please attach additional sheets if necessary).

Civil Action No.: 3:26cv105
(To be assigned by Clerk of District Court)

COMPLAINT

PARTIES

1. List all Plaintiffs. State the full name of the Plaintiff, address and telephone number. Do the same for any additional Plaintiffs.

   a. Plaintiff No. 1

      Name: Mary Cordaro

      Address: 112 West Market Street Charlottesville, VA 22902

      Telephone Number: 571-835-3720

   b. Plaintiff No. 2

      Name: ~~[illegible] innovation Company~~

      Address: 

      Telephone Number: 

2. List all Defendants. State the full name of the Defendant, even if that Defendant is a government agency, an organization, a corporation, or an individual. Include the address where each Defendant may be served. Make sure that the Defendant(s) listed below are identical to those contained in the above caption of the complaint.

   a. Defendant No. 1

      Name: Anthony Gannatti

      Address: 1114 Banana River DR. Indian Harbor Beach FL 32927

   b. Defendant No. 2

      Name: ______________________

      Address: ______________________

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☐
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.c., 2.d., etc.).**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case. Federal courts also have jurisdiction over cases where the United States is a Defendant.

3. What is the basis for federal court jurisdiction?

☑ Federal Question ☐ Diversity of Citizenship ☐ Government Defendant

4. If the basis for jurisdiction is Federal Question, which Federal Constitution, statutory or treaty right is at issue? List all that apply.

42 USC civil Action for deprivation rights, 45 CFR and the right to bodily integrity

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff No. 1: Mary Cordaro State of Citizenship: Virginia

Plaintiff No. 2: ____________ State of Citizenship: ____________

Defendant No. 1: Anthony Gannatti State of Citizenship: Florida

Defendant No. 2: JohnDOE Company State of Citizenship: Florida

**Attach additional sheets of paper as necessary and label this information as paragraph 5. Check here if additional sheets of paper are attached.** ☐

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Do not give any legal arguments or cite cases or statutes. Each paragraph must be numbered separately, beginning with number 6. Please write each single set of circumstances in a separately numbered paragraph.

6. This unethical human expertimation using a Multimodal AI system, Sensors - mouth dentures, Plugin for nose, Ear-EOG, GSR, Pytorch, python, Audio Communication, face mash, skelton, body motion. This non-Consenual system is capture biometrics, medical and personal information. This is active and I have the pictures of unauthortized eye-tracking. This unethical research started in Florida, and I moved to illinois, washingDC and now live in Virginia. Anthony Gannatti will not give me the name of the innovation Company. I have

reported this to Attorney General, FTC, IC3 and emailed IRB. I do not have any of the device numbers or lot numbers. I did not consent to the experiental human research. My rights have been violated, several times, and my biometrics have been Collected, Stored, Processed without my Permission. I have revoked my authorization. I am forced to participate in this non-consensual experiental human research. My PTSD, Anixity have increased. My eyes are strained, and there is know protection. I have know privacy, and I need my freedom, Control over my body-mind.

**Attach additional sheets of paper as necessary and label them as Additional Facts and continue to number the paragraphs consecutively. Check here if additional sheets of paper are attached.** ☐

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I am seeking an emergency restraining Order to immediatly Shut down this unethical non-Consensual experiEntal human research Study. Cease all the live software, python collection Scripts pytorch neural network fusion pipline, Computer Vision tracking, facial landmark extraction and body skeletal pose monitoring targeting me. Perserve all existing raw files, video recordings, Software Code neural network modal weights, device log in their current state with out alteration or deletion. I am also seeking when I am off of this, my medical bills paid, Vision, and $75,000.

DEMAND FOR JURY TRIAL: ☐ YES ☐ NO

Signed this 8 day of Oct, 26.

Signature of Plaintiff No. 1 Mary Cordaro

Signature of Plaintiff No. 2 ______________________

**NOTE: All Plaintiffs named in the caption of the complaint must date and sign the complaint. Attach additional sheets of paper as necessary.**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

[YOUR NAME],
Plaintiff, Mary Cordaro
v.
[NAME OF ~~PRINCIPAL~~ RESEARCHER], and Anthony Gannatti
[NAME OF INNOVATION COMPANY], John DOE
Defendants. )

Case No.: 3:26cv105
(To be assigned by Clerk)

COMPLAINT FOR A CIVIL CASE & INJUNCTIVE RELIEF

The Plaintiff, appearing pro se, respectfully files this Civil Complaint against the Defendants, alleging a non-consensual, unauthorized multimodal AI human clinical trial actively conducted upon Plaintiff's physical person, and states as follows:

I. JURISDICTION AND VENUE

1. This Court has Federal Question jurisdiction under 28 U.S.C. § 1331 because this action arises under the Electronic Communications Privacy Act (ECPA), 18 U.S.C. § 2511, concerning the unauthorized interception and transmission of streaming electronic somatic telemetry.
2. This Court also has Diversity of Citizenship jurisdiction under 28 U.S.C. § 1332 because the Plaintiff and the Defendant Innovation Company are citizens of different states, and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.
3. Venue is proper in the Western District of Virginia, Charlottesville Division, under 28 U.S.C. § 1391(b) because a substantial part of the events, omissions, and physical battery giving rise to these claims occurred in this judicial district.

II. THE PARTIES

4. Plaintiff is an individual residing at [Your Physical Address], Charlottesville, Virginia.
5. Defendant [Name of Principal Researcher] is an individual acting as the lead investigator of the unapproved clinical trial, operating within this judicial district.
6. Defendant [Name of Innovation Company] is a private entity incorporated under the laws of the State of [State], with its principal place of business at [Company Address].

III. STATEMENT OF FACTS (ACTIVE MULTIMODAL EXPERIMENTATION)

7. Defendants have designed, deployed, and are actively operating a hidden, non-consensual multimodal AI human subject research framework targeted directly at Plaintiff.
8. Without Plaintiff's explicit, legally effective informed consent under 45 CFR Part 46 or 21 CFR Part 50, Defendants physically installed and integrated unauthorized hardware components into

Plaintiff's physical body, including intraoral denture sensors and an invasive nose plugin apparatus.

9. Concurrently, Defendants are actively capturing and harvesting streaming biometric telemetry from Plaintiff's person, utilizing a Python and PyTorch machine learning infrastructure to ingest real-time arrays of Electrooculography (EOG), Galvanic Skin Response (GSR), face mesh positioning data, skeletal body motion captures, and active eye tracking metrics.

10. These highly personal, somatic data streams are intercepted electronically and transmitted to the Innovation Company's servers to train and optimize advanced multimodal neural network weights.

11. Plaintiff has repeatedly requested the cessation of this tracking, yet the data harvesting and physical battery remain continuous and fully active as of the filing of this action.

## IV. CAUSES OF ACTION

### COUNT I: CIVIL BATTERY (Virginia Common Law)

12. Defendants intentionally placed, modified, and activated physical sensor hardware inside Plaintiff's mouth and nasal cavities without authorization or consent, constituting an offensive physical invasion of bodily autonomy.

### COUNT II: INVASION OF PRIVACY - INTRUSION UPON SECLUSION

13. Defendants intentionally intruded upon Plaintiff's private biometric data, facial expressions, and ocular movements via face mesh tracking and eye tracking in a manner highly offensive to a reasonable person.

### COUNT III: VIOLATION OF THE ELECTRONIC COMMUNICATIONS PRIVACY ACT (18 U.S.C. § 2511)

14. Defendants intentionally intercepted and endeavored to intercept streaming electronic communications consisting of Plaintiff's biological sensor telemetry across a network infrastructure without authorization.

### COUNT IV: FRAUD BY CONCEALMENT / UNETHICAL CLINICAL TRIAL

15. Defendants intentionally concealed the existence, capabilities, and parameters of the biometric tracking network to bypass federal human subject protections and force Plaintiff's participation.

## V. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter judgment in Plaintiff's favor and against Defendants, granting the following relief:

A. An immediate Emergency Temporary Restraining Order and Preliminary Injunction halting all data capture and freezing all related servers;

B. Permanent injunctive relief ordering the destruction of all data collected from Plaintiff and the purging of all AI model weights trained on Plaintiff's telemetry;

C. Compensatory, statutory, and punitive damages according to proof at trial; and

D. Any other relief the Court deems just and equitable.

Dated: October 5,8 2026
Respectfully submitted,
Mary Cordaro
______________________________
[Your Printed Name], Plaintiff Pro Se